Name and address:
Jay P. Warren
Bryan Cave LLP
1290 Avenue of the Americas
New York, New York 10104

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the BUTCHER AND PROVISION WORKERS PENSION<br><br>Plaintiff(s)<br>v.<br>LIDO VEAL & LAMB, INC., dba EASTERN BEEF & VEAL; JAFACO HOLDING, INC.; DELIMAX VEAL, INC.; and DOES 1 through 10,<br><br>Defendant(s). | CASE NUMBER<br><br>13-02123-SVW-MAN<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Warren, Jay P.                                   of   Bryan Cave LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   1290 Avenue of the Americas
212-541-2000        212-541-4630                 New York, New York 10104
*Telephone Number*    *Fax Number*
jpwarren@bryancave.com                           *Firm Name & Address*
*E-Mail Address*

for permission to appear and participate in this case on behalf of

Delimax Veal, Inc. and Jafaco Holding, Inc.

*Name(s) of Party(ies) Represented*   ☐ Plaintiff  ☒ Defendant  ☐ Other: _____

**and designating as Local Counsel**

Boyd, Candace F.                                 of   Bryan Cave LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   3161 Michelson Drive, Suite 1500
246289                                           Irvine, California 92612
*Designee's Cal. Bar Number*
949-223-7000
*Telephone Number*
949-223-7100                                     *Firm Name & Address*
*Fax Number*                                     candice.boyd@bryancave.com
                                                 *E-Mail Address*

hereby ORDERS the Application be:

☐ GRANTED.

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED, for failure to pay the required fee.

Dated _____                     _____
                                                 **U.S. District Judge/U.S. Magistrate Judge**