Jay P. Warren
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the BUTCHER AND PROVISION WORKERS PENSION<br><br>Plaintiff(s)<br>v.<br>LIDO VEAL & LAMB, INC., dba EASTERN BEEF & VEAL; JAFACO HOLDING, INC.; DELIMAX VEAL, INC.; and DOES 1 through 10,<br><br>Defendant(s). | CASE NUMBER<br><br>13-cv-02123-SVW-MAN<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HACE VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Warren, Jay P.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212)541-2000         (212) 541-4630
*Telephone Number      Fax Number*

jpwarren@bryancave.com
*E-Mail Address*

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Delimax Veal, Inc. and Jafaco Holding, Inc.

*Name(s) of Party(ies) Represented*      __ Plaintiff   X  Defendant   __ Other:_____

**and designating as Local Counsel**

Boyd, Candice F.                    of
*Designee's Name (Last Name, First Name & Middle Initial)*

246289                  (949) 223-7000
*Designee's Cal. Bar Number    Telephone Number*

(949) 223-7100
*Fax Number*

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, CA 92612

*Firm Name & Address*

Candice.boyd @bryancave.com
*E-Mail Address*

**hereby ORDERS the Application be:**

__X__GRANTED.
____DENIED.  Fee shall be returned by the Clerk.
____DENIED.  For failure to pay the required fee.

**Dated  June 6, 2013**

*[signature: Stephen V. Wilson]*

STEPHEN V. WILSON, **U.S. District Judge**