AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Central District of California

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the BUTCHER AND PROVISION WORKERS PENSION FUND OF SOUTHERN CALIFORNIA<br><br>*Plaintiff(s)*<br>v.<br>LIDO VEAL & LAMB, INC., a California Corporation, dba EASTERN BEEF & VEAL, a California Corporation; JAFACO HOLDING, INC., a Delaware Corporation; DELIMAX VEAL, INC.; and DOES 1 through 10<br>*Defendant(s)* | Civil Action No. CV13-02123 -SVW (MANx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
JAFACO HOLDING, INC., a Delaware Corporation
1209 Orange Street
Wilmington, DE   19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Barry E. Hinkle, SBN 071223 / Linda Baldwin Jones, SBN 178922
Kristina M. Zinnen, SBN 245346 / Daniel S. Brome, SBN 278915
WEINBERG, ROGER & ROSENFELD, A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA   94501          Phone: (510) 337-1001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR 25 2013                    ANDRES PEDRO
                                     *Signature of Clerk or Deputy Clerk*

1202

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  See attached Proof of Service
was received by me on *(date)*               .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
         See attached Proof of Service.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

         See attached Proof of Service

| Attorney or Party without Attorney:<br>KRISTINA M. ZINNEN, SBN 245346<br>WEINBERG ROGER & ROSENFELD<br>1001 MARINA VILLAGE PKWY.<br>SUITE 200<br>ALAMEDA, CA 94501<br>Telephone No: 510-337-1001  FAX No: 510-337-1023<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|

| Ref. No. or File No.: |
|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court Central District Of California

Plaintiff: The Board Of Trustees, Butcher And Provision Workers Pension Fund Of Southern Calif
Defendant: LIDO VEAL & LAMB, INC, et al

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV13-02123-SVW(MANx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR WITHDRAWAL LIABILITY; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); CIVIL COVER SHEET; NEW CASE ORDER.

3. a. Party served: JAFACO HOLDING, INC., a Delaware Corporation
   b. Person served: MELANIE McGRATH, PROCESS SPECIALIST AUTHORIZED TO ACCEPT SERVICE OF PROCESS.

4. Address where the party was served: 1209 ORANGE ST
   WILMINGTON, DE 19801

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Apr. 04, 2013 (2) at: 2:34PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: JAFACO HOLDING, INC., a Delaware Corporation
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. CONNER O'ROURKE

   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone  (213) 250-9111
   Fax  (213) 250-1197
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Apr. 04, 2013

   (signature) (CONNER O'ROURKE)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS

6907748 .weiro.520680