AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Central District of California

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the BUTCHER AND PROVISION WORKERS PENSION FUND OF SOUTHERN CALIFORNIA<br><br>*Plaintiff(s)*<br><br>v.<br><br>LIDO VEAL & LAMB, INC., a California Corporation, dba EASTERN BEEF & VEAL, a California Corporation; JAFACO HOLDING, INC., a Delaware Corporation; DELIMAX VEAL, INC.; and DOES 1 through 10<br><br>*Defendant(s)* | Civil Action No. CV13-02123-SVW(MANx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

```
DELIMAX VEAL, INC.
N8155 American Street
Ixonia, WI   53036
```

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Barry E. Hinkle, SBN 071223 / Linda Baldwin Jones, SBN 178922
Kristina M. Zinnen, SBN 245346 / Daniel S. Brome, SBN 278915
WEINBERG, ROGER & ROSENFELD, A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA   94501          Phone: (510) 337-1001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAR 25 2013

ANDRES PEDRO
*Signature of Clerk or Deputy Clerk*

1202

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  See Attached Proof of Service.
was received by me on *(date)*                 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

See attached Proof of Service.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

See attached Proof of Service.

| Attorney or Party without Attorney:<br>KRISTINA M. ZINNEN, SBN 245346<br>WEINBERG ROGER & ROSENFELD<br>1001 MARINA VILLAGE PKWY.<br>SUITE 200<br>ALAMEDA, CA 94501<br>Telephone No: 510-337-1001   FAX No: 510-337-1023 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Central District Of California

Plaintiff: The Board Of Trustees, Butcher And Provision Workers Pension Fund Of Southern Calif
Defendant: LIDO VEAL & LAMB, INC, et al

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV13-02123-SVW(MANx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR WITHDRAWAL LIABILITY; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); CIVIL COVER SHEET; NEW CASE ORDER.

3. a. Party served: DELIMAX VEAL, INC

4. Address where the party was served: N8155 AMERICAN STREET
   SUITE 101
   IXONIA, WI 53036

5. I served the party:
   b. by substituted service. On: Mon., Apr. 15, 2013 at: 1:20PM by leaving the copies with or in the presence of:
   TRICIA HAINES, AUTHORIZED TO ACCEPT SERVICE OF PROCESS.
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: DELIMAX VEAL, INC
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JEFF STELTER
   d. The Fee for Service was:
   
   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone   (213) 250-9111
   Fax         (213) 250-1197
   www.firstlegalnetwork.com
   
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Apr. 04, 2013

   Judicial Council Form POS-010
   Rule 2.150.(a)&(b) Rev January 1, 2007
   
   PROOF OF SERVICE SUMMONS
   
   (JEFF STELTER)
   6904093  .weiro.520684

| Attorney or Party without Attorney: KRISTINA M. ZINNEN, SBN 245346 WEINBERG ROGER & ROSENFELD 1001 MARINA VILLAGE PKWY. SUITE 200 ALAMEDA, CA 94501 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Telephone No: 510-337-1001   FAX No: 510-337-1023 | | | | | |
| Attorney for: Plaintiff | | Ref. No or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court Central District Of California | | | | | |
| Plaintiff: The Board Of Trustees, Butcher And Provision Workers Pension Fund Of Southern Calif | | | | | |
| Defendant: LIDO VEAL & LAMB, INC, et al | | | | | |
| **PROOF OF SERVICE By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: CV13-02123-SVW(MANx) | |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR WITHDRAWAL LIABILITY; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); CIVIL COVER SHEET; NEW CASE ORDER.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:         Mon., Apr. 15, 2013
    b. Place of Mailing:        SAN FRANCISCO, CA 94103
    c. Addressed as follows:    DELIMAX VEAL, INC
                                N8155 AMERICAN STREET
                                SUITE 101
                                IXONIA, WI 53036

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Apr. 15, 2013 in the ordinary course of business.

5. *Person Serving:*                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. KELLIE EMMONS                          d. *The Fee* for Service was:
    b. FIRST LEGAL SUPPORT SERVICES           e. I am: Not a Registered California Process Server
       1138 HOWARD ST.
       SAN FRANCISCO, CA 94103
    c. 415-626-3111

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Thu, Apr. 04, 2013

   Judicial Council Form POS-010                  PROOF OF SERVICE                   (KELLIE EMMONS)
   Rule 2.150.(a)&(b) Rev January 1, 2007              By Mail                          6904093  wriro.520684