# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees (See Attachment A) <br><br> *Plaintiff* <br><br> v. <br><br> LIDO VEAL & LAMB, INC., a California Corporation, dba EASTERN BEEF & VEAL (See Attachment A) <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 13-cv-02123-SVW(MANx) <br> ) <br> ) <br> ) <br> ) |

### FIRST AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Specialty Meats, Inc.
14958 Avenida Anita
Chino Hills, CA 91709

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LINDA BALDWIN JONES, Bar No. 178922    Phone: 510-337-1001
KRISTINA M. ZINNEN, Bar No. 245346
DANIEL S. BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6-7-13

_____
*Signature of Clerk or Deputy Clerk*

1149

AO-440

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

    ☐ I returned the summons unexecuted because _____ ; or

    ☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                          _____
                                                       *Server's signature*

                                          _____
                                                   *Printed name and title*

                                          _____
                                                       *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### Attachment A to AMENDED SUMMONS IN A CIVIL ACTION

THE BOARD OF TRUSTEES, in their capacities as Trustees of the BUTCHER AND PROVISION WORKERS PENSION FUND OF SOUTHERN CALIFORNIA,

        Plaintiffs,

v.

LIDO VEAL & LAMB, INC., a California Corporation, dba EASTERN BEEF & VEAL; SPECIALTY MEATS, INC., a California Corporation, as successor in interest to LIDO VEAL & LAMB, INC., a California Corporation, dba EASTERN BEEF & VEAL; JAFACO HOLDING, INC., a Delaware Corporation; DELIMAX VEAL, INC.; and DOES 1 through 10,

        Defendants.

### Attachment A to AMENDED SUMMONS IN A CIVIL ACTION